936

SIEGMUND STRAUSS, INC., Respondent, v EAST 149TH REALTY CORP., Defendant, and WINDSOR BRANDS, LTD., et al., Appellants.

Submitted May 23, 2011; decided November 21, 2011

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's judgment, granted; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution.